# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

150231 & (10)(11)(12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MATTHEW CHRISTENSEN,
      Plaintiff-Appellee,

v

                                        SC:  150231
                                        COA:  323404
                                        Oakland CC:  2013-131850-NH

MARK A. PLEATMAN, M.D.,
      Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 3, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to waive stay request and transcript requirement is GRANTED. The motion for stay is DENIED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



p1021

                                       Clerk